## Case No. 7,166.

### In re JACOBY.

[1 Wkly. Notes Cas. 15.]

District Court, E. D. Pennsylvania. Oct., 1874.

J. V. Gotwaltz, for exceptant.

THE COURT held that a postponement of proof of a claim until an assignee is chosen is entirely within the discretion of the register, under the 23d section of the bankrupt act [of 1867 (14 Stat. 528)], and suggested that the parties should agree on a suitable person residing in Norristown to be associated with Mr. Snyder as co-assignee.